# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRAULIO VALENTINE DIEZ, | ) |
| Petitioner, | ) ) ) |
| vs. | ) Case No. CIV-10-274-M ) |
| MIKE ADDISON, et al., | ) ) |
| Respondents. | ) |

## ORDER

On April 15, 2010, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the petition for a writ of habeas corpus be dismissed. Petitioner was advised of his right to object to the Report and Recommendation by May 5, 2010. On May 5, 2010, petitioner filed his objection.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on April 15, 2010, and

(2) DISMISSES petitioner's petition for a writ of habeas corpus.

**IT IS SO ORDERED this 13th day of May, 2010.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE